FILED
CLERK, U.S. DISTRICT COURT

JUN 2 1 2013

CENTRAL DISTRICT OF CALIFORNIA
BY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,       )   Case No.: CR-04-00425-GHK-6
                                )
                Plaintiff,      )
                                )
        vs.                     )   ORDER OF DETENTION AFTER HEARING
                                )   [Fed.R.Crim.P. 32.1(a)(6);
                                )    18 U.S.C. 3143(a)]
Ronald Robert Woods,            )
                                )
                Defendant.      )
_____)

       The defendant having been arrested in this District pursuant to
a warrant issued by the United States District Court for the
___CD Cal._____ for alleged violation(s) of the terms and
conditions of his/her [probation] [supervised release]; and

       The Court having conducted a detention hearing pursuant to
Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

       The Court finds that:

A.     (✓ The defendant has not met his/her burden of establishing by
       clear and convincing evidence that he/she is not likely to flee
       if released under 18 U.S.C. § 3142(b) or (c).  This finding is
       based on __nature of charges involving failures to report, & to submit reports;__

1    *never employed*

2

3

4    and/~~or~~

5  B.    ( ✓   The defendant has not met his/~~her~~ burden of establishing by

6       clear and convincing evidence that he/~~she~~ is not likely to pose

7       a danger to the safety of any other person or the community if

8       released under 18 U.S.C. § 3142(b) or (c).  This finding is based

9       on: *nature of charges involving proscribed drugs &*

10

11

12

13

14         IT THEREFORE IS ORDERED that the defendant be detained pending

15    the further revocation proceedings.

16

17    Dated:    6/21/13

18

19                              _____
       RALPH ZAREFSKY
20                              UNITES STATES MAGISTRATE JUDGE

21

22

23

24

25

26

27

28